FILED
2011 Jan-03 PM 03:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

AO91 (Rev. 5/93 ND/AL) Criminal Complaint

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA

## CRIMINAL COMPLAINT

**UNITED STATES OF AMERICA**

v.                                    CASE NUMBER: MAG 11-001

**SEBASTIAN ALEXANDER WILLIAM BACH,**
defendant

I, Suzanne Prevatte, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### Count One

Between on or about December 16, 2010 and including on or about January 1, 2011, in Jefferson County, within the Northern District of Alabama, and elsewhere the defendant,
SEBASTIAN ALEXANDER WILLIAM BACH,
while using a facility and means of interstate commerce, to wit: the internet and a telephone, did knowingly attempt to persuade, induce, and entice an individual, known to the defendant as a 13 year old minor male, who had not obtained the age of 18 years to engage in prostitution and sexual activity for which the defendant can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2422(b).

I further state that I am a Special Agent with the Homeland Security Investigations(HSI), U.S. Department of Homeland Security, and that this complaint is based on the facts set forth in the affidavit, which is attached hereto and incorporated herein by reference.

See Attachment "A"

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

_____1/3/11_____            at       _____Birmingham, Alabama_____
Date                                              City and State

PAUL W. GREENE
United States Magistrate Judge            _____
Name and Title of Judicial Officer                PAUL W. GREENE

ATTACHMENT A
AFFIDAVIT

I, Suzanne Prevatte, after being duly sworn in due form of law, depose and say that:

1. I am a Special Agent with the U.S. Department of Homeland Security, Homeland Security Investigations (HSI). I have been so employed for 8 years.

2. This affidavit is made in support of a criminal complaint for Sebastian William BACH. The defendant is a native and citizen of the United States, born on 12/**/1961.

3. On December 16, 2010 BACH initiated email contact, via the internet, with undercover law enforcement officers by responding to an internet advertisement. The undercover law enforcement officer internet identity was that of a 13 year old minor male.

4. On December 16, 2010, correspondence between BACH and the undercover agents, BACH stated he wanted to engage in sexual intercourse with the 13 year old minor male.

5. On December 16, 2010, correspondence between BACH and undercover agents, BACH stated his name was "Sebastian" and provided his phone number (205) ***-0704.

6. Further investigation revealed that BACH has a social security number, ***-**-6733, and resides at **** 15157 Jaguar Lane, Cottondale, AL 35453.

7. On December 16, 2010 correspondence between BACH and undercover agents, BACH asked for a picture of the 13 year old minor's "dick".

8. On December 31, 2010, BACH initiated contact with the undercover agents via text message and indicated to the 13 year old minor male that he would be interested in "oral".

9. On January 1, 2011, BACH negotiated a meeting location with the minor male at the Chevron Station located at 1301 Alford Avenue, in Jefferson County, Alabama.

10. On January 1, 2011, at approximately 5:20 PM, BACH arrived at the Chevron Station driving a 2002 Mitsubishi, Montero. Upon his arrival, he was arrested. Confirmation of his identity was obtained by search incident to arrest officers located his non-driver ID depicting his photograph and his name.

11. On January 1, 2011, Officers of Hoover Police Department and Department of Homeland Security interviewed BACH after having advised him of his Miranda rights. Upon BACH waiving his Miranda rights, both verbally and through a written form, he provided a oral and written statement.

12. During the interview BACH indicated that he responded to an internet advertisement utilizing email address ***************@aol.com. BACH also indicated that he was informed that the subject he was communicating with was a 13 year old male and received a photograph of the minor. BACH indicated in the interview that he discussed meeting the minor male and that he discussed sexual positions with the minor male as being things they would engage in when they met.

13. Based on my training and experience, I am aware that use of a cellular telephone or the use of the internet constitute a facility and means of interstate commerce. The defendant did use a facility and means of interstate and foreign commerce to attempt to engage in sexual activity with a 13 year old minor male, in violation of Title 18 U.S.C. 2422(b).

_____
Suzanne Prevatte
Special Agent
Department of Homeland Security

_____
Paul W. Greene
Chief United States Magistrate Judge